Kathryn J. Halford (CA Bar No.68141)
Email: *kjhalford@wkpyc.com*
WOHLNER KAPLON PHILLIPS
YOUNG & CUTLER
A Professional Corporation
15456 Ventura Boulevard, Suite 500
Sherman Oaks, California 91403
Telephone: (818) 501-8030 ext. 313
Fax: (818) 501-5306

Attorneys for Plaintiffs the Boards of Directors of
the Motion Picture Industry Pension Plan
and the Motion Picture Industry Health Plan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Western Division)

| | |
|---|---|
| THE BOARDS OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN AND MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>                Plaintiffs,<br><br>     v.<br><br>R.S.G. FILMS, L.L.C., a California limited liability company,<br><br>                Defendants. | Case No. CV 04-01580 NM (Ex)<br><br>RENEWAL OF JUDGMENT BY CLERK |

THE JUDGMENT DEBTOR, R.S.G. FILMS, L.L.C. ("DEFENDANT") HAVING JUDGMENT ENTERED AGAINST IT ON OCTOBER 8, 2004:

NOW, UPON APPLICATION of the Boards of Directors of the Motion Picture Industry Pension Plan, and Motion Picture Industry Health Plan ("Board of Directors") and upon declaration that Defendant has failed to pay the total amount of said judgment; and that Defendant is indebted to Board of Directors,

/ / /

1

1  Judgment against Defendant is renewed in the amount of $52,914.80, which
2  is broken down as follows:

3     a.   Principal ................................................ $ 12,299.91
4     b.   Liquidated damages.............................. $ 9,601.86
5     c.   Judgment interest.................................. $ 9,601.86
6     c.   Audit Costs............................................ $ 3,465.00
7     d.   Attorneys' Fees..................................... $ 7,700.00
8     e.   Costs ........................................... .......... $ 491.67
9     Subtotal (Judgment as Entered) $ 43,160.30
10    e.   Less credits after judgment................... $ (0.00)
11    f.   Interest after judgment computed from
12        October 8, 2004 through October 7, 2014 $ 9,754.50
13    GRAND TOTAL ....................................................$ 52,914.80

14
15  Dated: _October 8, 2014      _____s/ J. Remigio_____
                                                      Deputy Clerk

16  Presented by:

17
18  WOHLNER KAPLON PHILLIPS
   YOUNG & CUTLER

19
20  By:    /s/ Kathryn J. Halford
       Kathryn J. Halford
21       Attorneys for Judgment Creditor/Applicant
       Boards of Directors of the Motion Picture Industry Pension Plan
22       and Motion Picture Industry Health Plan

23
24
25
26
27
28